UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. HARRY SNOOK, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 10-10523-JLT |
| STERLING SERVICES GROUP, L.C., et al., | * |
| Defendants. | * |

ORDER

March 22, 2011

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that Defendants' <u>Motion to Dismiss in Part</u> [#8] is DENIED WITHOUT PREJUDICE. The issues may be raised again at the conclusion of discovery upon further development of the record.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge